UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS ALVAREZ,<br><br>        Plaintiff,<br><br>   v.<br><br>ALEX CHAVARRIA,<br><br>        Defendant. | Case No.: 1:16-cv-00067----MJS<br><br>**ORDER REDESIGNATING CASE AS PRISONER CIVIL RIGHTS CASE**<br><br>**CLERK OF COURT TO SEND PRISONER NEW CASE DOCUMENTS AND ORDER RE: CONSENT OR REASSIGNMENT** |

    Plaintiff is a state prisoner currently incarcerated at the Sierra Conservation Center in Jamestown, California. He proceeds pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

    A review of Plaintiff's case indicates it should be redesignated as a "PC" case. Accordingly, the Clerk of Court is HEREBY ORDERED to redesignate this matter as a prisoner civil rights, or "PC" case. The Clerk is directed to send Plaintiff the prisoner new case documents and order re: consent or reassignment.

IT IS SO ORDERED.

Dated: March 28, 2017

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

1