IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN CARLOS ALVAREZ,**<br><br>                                         Plaintiff,<br><br>        v.<br><br>**ALEX CHAVARRIA, et al.,**<br><br>                                         Defendants. | Case No. 1:16-cv-00067-MJS<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS** |

Plaintiff is a prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On September 12, 2017, Defendant Chavarria filed a motion to dismiss the complaint for failure to state a claim. (ECF Nos. 20-22.) Plaintiff did not file a response to the motion to dismiss. On October 19, 2017, the court invited Plaintiff to show good cause why he had not responded and also gave him a further opportunity to oppose Defendant's motion. (ECF No. 23.) On November 21, 2017, Plaintiff filed a motion for a thirty day extension of time to respond to the order to show cause and to the motion to dismiss because he was then confined to administrative segregation and had limited access to the law library and the assistance of others. (ECF No. 24.) The Court granted that motion (ECF No. 25) and discharged the order to show cause (ECF No. 26).

On January 2, 2018, Plaintiff filed a second motion for extension of time to file a response to the motion to dismiss. (ECF No. 27.) His grounds were the same as those stated in in November 21, 2017 motion.

The Court will grant this one further extension, but Plaintiff is advised that Defendant has a right to have the case move forward, and the Court cannot indefinitely postpone addressing the pending motion.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Plaintiff is granted a thirty-day extension of time to respond to the motion to dismiss. Plaintiff's response shall be filed by February 4, 2018.

IT IS SO ORDERED.

Dated:   January 4, 2018                    /s/ *Michael J. Seng*
                                                             UNITED STATES MAGISTRATE JUDGE