UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS ALVAREZ, | Case No. 1:16-cv-00067-LJO-JDP (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY MOTION TO DISMISS |
| v. | |
| ALEX CHAVARRIA, *et al*., | (ECF No. 29) |
| Defendants. | |

     Juan Carlos Alvarez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On April 5, 2018, Magistrate Judge Michael J. Seng entered findings and recommendations, recommending that Defendant's motion to dismiss (ECF No. 20) be denied. (ECF No. 29.) The parties were given an opportunity to object to the findings and recommendations within fourteen days. No objections were filed.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued by the magistrate judge on April 5, 2018, (ECF No. 29), are ADOPTED IN FULL; and

2. Defendant's motion to dismiss (ECF No. 20) is denied.

IT IS SO ORDERED.

Dated: **May 9, 2018**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE